IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

SUPPLY AND ADVISE,

CASE NO.: 1:19-cv-23081-DPG

    Plaintiff,

vs.

ASPEN SPECIALTY INSURANCE
COMPANY,

    Defendant.
_____/

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff, SUPPLY AND ADVISE, by and through his attorneys, MARIO SERRALTA & ASSOCIATES, and pursuant to the Florida Rules of Civil Procedure, herewith files this Notice of Voluntary Dismissal With Prejudice of the above styled cause against the Defendant, ASPEN SPECIALTY INSURANCE COMPANY.

**I HEREBY CERTIFY** that on October 14, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served on: **Charles R. Rumbley, Esquire**, LOBMAN, CARNAHAN, BATT, ANGELLE, & NADER, 400 Poydras Street, Suite 2300, New Orleans, LA 70130 to crr@lcba-law.com.

Respectfully submitted,

                                        **MARIO SERRALTA & ASSOCIATES**
                                        7900 Oak Lane, Suite 301
                                        Miami Lakes, Florida 33016
                                        Telephone: (305) 326-0501
                                        Facsimile: (305) 326-1898
                                        jb@helpmemario.com

BY: _____
MARIO SERRALTA, ESQUIRE
FLORIDA BAR NUMBER: 163317
KEVIN D. DIAZ, ESQUIRE
FLORIDA BAR NUMBER: 1010216
MICHAEL BOHORQUEZ, ESQUIRE
FLORIDA BAR NUMBER: 1015522